# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

129198

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TOMMY BROWN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 129198
COA: 254494
Wayne CC: 03-011212-01

On order of the Court, the application for leave to appeal the June 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

_____
Clerk

s1221